**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-311-MOC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROGER ROGER, | ) |
| PAUL ANDY STIEP, | ) |
| MANUEL MAURO CHAVEZ, | ) |
| DAVID MICHAEL NIGH, | ) |
| MARK RAYMOND OMAN, | ) |
| COLE ANTHONY PARKS, and | ) |
| NICHOLAS RICHER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER UNSEALING INDICTMENT AND ARREST WARRANTS

**THIS MATTER IS BEFORE THE COURT** on the Motion to Unseal (Document No. 11) by the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and Sandra Moser, Acting Chief, Fraud Section, Criminal Division, United States Department of Justice, and for the reasons given,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the indictment and arrest warrants in the above-named matter be unsealed.

**SO ORDERED**.

Signed: October 2, 2018

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.