UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-311-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | ) ORDER |
| **ROGER ROGER**, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the United States' Motion to Administratively Reopen the Case, (Doc. No. 246), as to Defendant Roger Roger, who was recently apprehended in Costa Rica and is facing extradition to the United States.

The motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed: May 11, 2021

Max O. Cogburn Jr
United States District Judge