UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00311-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROGER ROGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Defendants' requests to transfer Defendants to correctional facilities near Charlotte, North Carolina. (Doc. Nos. 510, 513). The Government takes no position on Defendants' requests. Having considered the matter, the Court enters the following Order.

**ORDER**

**IT HEREBY ORDERED** that Defendants' requests to transfer Defendants to correctional facilities as close to Charlotte, North Carolina, as possible, are **GRANTED**. The Bureau of Prisons and United States Marshals Service are hereby **ORDERED** to transport the body of Defendants Roger Roger and David Michael Nigh to the Gaston County Jail, or another facility near Charlotte, as soon as possible. The Clerk is **respectfully directed** to certify copies of this Order to the United States Attorney, Defendant's Counsel, and the United States Marshal Service.

**SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge